

## THE SCOTT LAW FIRM

IMMIGRATION ● CRIMINAL DEFENSE ● PERSONAL INJURY

**PAUL "WOODY" SCOTT, ATTORNEY**
(225) 228-2235 (Direct Line)
paul@pwscottlaw.com (Email)

April 18, 2022

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

Sent via certified mail: 7022 0410 0003 1352 5836
Return Receipt Requested

Re:    Form I–601, Application for Waiver of Grounds of Inadmissibility
       Applicant – Mr. Santiago Nolte Fung
       Receipt number: LIN2290162127
       Our file # 22062

Dear Sir or Madam:

On behalf of my client Mr. Santiago Nolte Fung and his fiancé Ms. Jeanne Vu, we are writing this letter to request an expedition of the process due to the Applicant's fiancé medical hardships. To support this request please find attached the following documents:
- Star Physical Therapy, letter of Physical Therapist/Clinical Director stating Ms. Jeanne Vu has been receiving physical therapy since March 21, 2022
- Star Physical Therapy, report of previous and upcoming appointment for Ms. Jeanne Vu's physical therapy
- Appointment and visits for Ms. Paula Thuy Nguyen, mother of Ms. Jeanne Vu. She has an upcoming brain surgery, and she has been Ms. Vu's primary caregiver.

Thank you very much for your assistance in this matter.

Sincerely,

Paul H. Scott

PHS/pil
Encl. – attachments
Cc: Mr. Nolte and Ms. Vu (via email)

Document 1.3

7022 1352 5836
7022 1352 5836
7022 0003 1352 5836

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Postmark
Here

(Pil)

Sent To   USCIS

Street and Apt. No., or PO Box No.   Santiago Nolte

City, State, ZIP+4   70022

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



9590 9402 7118 1251 4977 43

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 7118 1251 4977 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**The Scott Law Firm, LLC**
10636 Linkwood Court
Baton Rouge, LA 70810
225-400-9976

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

## Form I-797C, Notice of Action

---

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

---

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 16, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-601, Application for Waiver of Grounds of Inadmissibility | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LIN2290162127 | March 14, 2022 | 1 of 1 |

| | | DATE OF BIRTH |
|---|---|---|
| | | January 05, 1995 |

SANTIAGO NOLTE FUNG
C/O PAUL H. SCOTT THE SCOTT LAW FIRM LLC 20-00006548
10636 LINKWOOD COURT
BATON ROUGE, LA 70810

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $930.00 |
| Total Amount Received: | $930.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/19



To whom it may concern:

This is to inform you that Ms. Jeanne Vu ███████████ has been receiving physical therapy care from our facility in New Orleans East since 3/21/2022. This patient is being seen following a procedure she had on her thoracic and lumbar spine on 2/7/2022. She will be continuing physical therapy care with monthly evaluations to monitor progress and has been consistent with her care up to this point.

If you need any more information, please feel free to contact me.

Thank you,

*Brittany D. Reynolds PT,DPT,Cert.DN*

Brittany Dale Reynolds PT, DPT, Cert. DN
Physical Therapist/Clinical Director
STAR Physical Therapy New Orleans East
New Orleans, LA 70128
504-243-6777

Star Physical Therapy New Orleans East
5931 Bullard Ave Suite 6
New Orleans, LA 70128-0000
Phone: (504)243-6777
Fax: (504)243-6736



### Previous appointments for Vu, Jeanne:

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Friday, April 1st, 2022 | Back | 09:00 am | P | None |
| Wednesday, March 30th, 2022 | Back | 09:00 am | P | None |
| Monday, March 28th, 2022 | Back | 09:00 am | BN | None |
| Friday, March 25th, 2022 | Back | 08:00 am | P | None |
| Wednesday, March 23rd, 2022 | Back | 10:00 am | P | None |
| Monday, March 21st, 2022 | Back | 09:00 am | BN | None |

Star Physical Therapy New Orleans East
5931 Bullard Ave Suite 6
New Orleans, LA 70128-0000
Phone: (504)243-6777
Fax: (504)243-6736



### Upcoming appointments for Vu, Jeanne

| Date | Case | Time | Therapist | Reminder |
|---|---|---|---|---|
| Wednesday, April 6th, 2022 | Back | 08:00 am | P | Scheduled |
| Friday, April 8th, 2022 | Back | 08:00 am | BN | None |
| Monday, April 18th, 2022 | Back | 08:00 am | BN | Scheduled |
| Wednesday, April 20th, 2022 | Back | 08:00 am | BN | Scheduled |
| Friday, April 22nd, 2022 | Back | 08:00 am | BN | Scheduled |

Name: Paula Thuy Nguyen |                              PCP: Ryan M Truxillo, MD

# Appointments and Visits

## Upcoming Visits

Future Visits ○

| APR 28 2022 | CRANIOTOM Y Cuong J Bui, MD Jeff Hwy - Surgery (2nd Fl) | MAY 12 2022 | Post OP Nurse Natasha Jeff Hwy - Neurosurgery 8th Fl Starts at 10:00 AM CDT | JUN 14 2022 | Post OP Cuong J Bui, MD Jeff Hwy - Neurosurgery 8th Fl Starts at 10:15 AM CDT |

## Past Visits

Last 3 Months ○

| MAR 15 2022 | **Office Visit** Cuong J Bui, MD Jeff Hwy - Neurosurgery 8th Fl |

| MAR 10 2022 | **Office Visit** Ryan M Truxillo, MD St Bernard - Primary Care Ste 3100 |

| MAR 7 2022 | **Hospital Outpatient Visit** Jeff Hwy - Imaging Center |

**FEB**
**15**
2022

Office Visit
Cuong J Bui, MD
Jeff Hwy - Neurosurgery 8th Fl

6 Months Ago ○

**JUL**
**26**
2021

**Hospital Outpatient Visit**
Baptist - Imaging

**JUL**
**12**
2021

**Office Visit**
Roger D. Smith, MD
Jeff Hwy - Neurosurgery 8th Fl

**JUL**
**12**
2021

**Hospital Outpatient Visit**
Jeff Hwy - Imaging Center

**JUN**
**23**
2021

**Hospital Outpatient Visit**
St. Bernard - Imaging (Hospital)

**JUN**
**23**
2021

Office Visit
Ryan M Truxillo, MD
St Bernard - Primary Care Ste
3100

**JUN**
**7**
2021

Office Visit
Roger D. Smith, MD
Jeff Hwy - Neurosurgery 8th Fl

Oldest record loaded from 6/7/2021

MyChart® licensed from Epic Systems Corporation © 1999 - 2022