September 20, 2022



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

LIN2290162127



PAUL HUGH SCOTT
THE SCOTT LAW FIRM LLC
10636 LINKWOOD COURT
BATON ROUGE, LA 70810

RE: SANTIAGO NOLTE FUNG
I-601, Application for Waiver of Grounds of Inadmissibility

## CORRESPONDENCE

Thank you for your recent inquiry to the Nebraska Service Center (NSC) via letter for information regarding your case. USCIS has launched a new referral tracking system through our USCIS Contact Center. To ensure that customer inquiries are handled as effectively and quickly as possible, we ask that you call our USCIS Contact Center, which is available Monday through Friday, 8:00 AM - 8:00 PM Eastern at *1-800-375-5283* or you may submit an E-request via www.uscis.gov/tools  The USCIS Contact Center will track your inquiry with us to resolution.

We offer many online services and tools to help you find the information you need. Please visit our web site at www.uscis.gov for information about:

*Using our Case Status Online tool;
*Signing up for case status updates;
*Checking processing times;
*Using our Office Locator; and
*Downloading forms.

Address Changes:

Please note: The law requires nearly all non-U.S. citizens to report a change of address within 10 days of moving by completing a Form AR-11. Form AR- 11 can be filed electronically by visiting the USCIS website at www.uscis.gov/ar-11 Please note, your written inquiry will not be returned or retained.

Please be aware you may also be required to call the USCIS Contact Center when filing the online Form AR-11.

L. Miller
Director

SEP 2 0 2022

The Scott Law Firm, LLC

RA: PHS-P
File #: 220002

Officer: EX0453


